IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 3:09cr00031-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| WILLIAM JOSEPH HALL | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Hall's motion pursuant to 28 U.S.C. § 2255 is **DENIED**; his motion for "special dispensation" (Docket No. 53) is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

Further, finding that Hall has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 22nd day of September, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE